## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880 – RETAIL FOOD EMPLOYERS JOINT PENSION FUND, et al., | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:07CV00102 |
| v. | ) | Hon. Reggie B. Walton |
| | ) | |
| SUNRISE SENIOR LIVING, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CONSENT MOTION TO EXTEND TIME TO
### ANSWER, MOVE, OR OTHERWISE RESPOND

Defendants Sunrise Senior Living, Inc., Paul Klassen, Teresa Klassen, Thomas Newell, Bradley Rush, Ronald Aprahamian, J. Douglas Holladay, Thomas Donohue, William Little, Craig Callen, and J. Barron Anschutz, through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b),  for an Order extending their time to answer, move, or otherwise respond to the Complaint in the above action until after a lead plaintiff has been designated and lead counsel appointed by the Court and a consolidated amended complaint is filed.  Defendants are authorized to represent that Plaintiffs have consented to the granting of this motion.

This action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78-4, *et. seq.*  Accordingly,

under the PSLRA, the Court must appoint a lead plaintiff and lead counsel for the alleged class. Upon being appointed by the Court, lead plaintiff will file a consolidated amended complaint that will supersede the present complaint and any other similarly filed complaints. The parties agree that it is in the interest of judicial economy that any response from Defendants await the filing of the consolidated amended complaint, which will ultimately be the active complaint in this action.

Attached to this Consent Motion is a stipulation signed by the parties and a proposed order embodying the terms of that stipulation.

Respectfully submitted,

HOGAN & HARTSON LLP

By: _____

Joseph M. Hassett
(DC Bar No. 123935)
George H. Mernick, III
(DC Bar No. 294256)
555 13th Street, N.W.
Washington, DC 20004
(202) 637-5600

HOGAN & HARTSON LLP
N. Thomas Connally, III
Jon M. Talotta
8300 Greensboro Drive
Suite 1100
McLean, VA 22102
(703) 610-6100

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880 – RETAIL FOOD EMPLOYERS JOINT PENSION FUND, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:07CV00102 |
| v. | ) ) | Hon. Reggie B. Walton |
| SUNRISE SENIOR LIVING, INC., et al., | ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78-4, *et. seq.*;

WHEREAS, under the PSLRA, the Court must appoint a lead plaintiff and lead counsel for the alleged class;

WHEREAS, the parties agree that responding to the pending Complaint is appropriately deferred in light of the requisite Court action described above;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that Defendants will agree to accept service of the Complaint and any Amended Complaint in this action through service on the Defendants' undersigned counsel. It is hereby further stipulated and agreed, by

and among counsel for the respective parties hereto, that Defendants' time to

answer, move against, or otherwise respond to the Complaint in the above action

shall be extended through and including the sixtieth (60th) day after the later of

(a) the Court appointing a lead plaintiff and lead counsel pursuant to 15 U.S.C.

§ 78u-4(a)(3)(B) or (b) such lead plaintiff's service of its Amended and Consolidated

Complaint on Defendants' undersigned counsel or such other time as may be agreed

by the parties and so ordered by the Court.


HOGAN & HARTSON LLP                    CUNEO GILBERT & LaDUCA, LLP


By: _____ 2/23/07   By: _____ 2/22/07
    Joseph M. Hassett                      Jonathan W. Cuneo
      (DC Bar No. 123935)                    (DC Bar No. 939389)
    George H. Mernick, III                 Pamela Gilbert
      (DC Bar No. 294256)                    (DC Bar No. 418207)
    555 13th Street, N.W.                  507 C Street, N.E.
    Washington, DC 20004                   Washington, DC 20002
    (202) 637-5600                         (202) 789-3960

HOGAN & HARTSON LLP                    LERACH COUGHLIN STOIA
N. Thomas Connally, III                GELLER RUDMAN & ROBBINS LLP
Jon M. Talotta                             William S. Lerach
8300 Greensboro Drive                      Matthew P. Siben
Suite 1100                                 Thomas G. Wilhelm
McLean, VA 22102                           655 West Broadway, Suite 1900
(703) 610-6100                               San Diego, CA 92101
                                           (619) 231-1058
*Attorneys for Defendants*
                                       LERACH COUGHLIN STOIA
                                       GELLER RUDMAN & ROBBINS LLP
                                           Nancy M. Juda
                                             (DC Bar No. 445487)
                                           1100 Connecticut Avenue, N.W.
                                           Suite 730
                                           Washington, D.C. 20036
                                           (202) 822-0600

LAW OFFICES OF ROGER M.
   ADELMAN
   Roger M. Adelman
     (DC Bar No. 056358)
   1100 Connecticut Avenue, N.W.
   Suite 730
   Washington, D.C. 20036
   (202) 822-0600

SCHWARZWALD & McNAIR LLP
   Eben O. McNair, IV
   616 Penton Media Building
   1300 East Ninth Street
   Cleveland, OH  44114-1503
   (216) 566-1600

*Attorneys for Plaintiffs*


**SO ORDERED** this ___ day of _____, 2007.


_____
     Reggie B. Walton
   United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880 – RETAIL FOOD EMPLOYERS JOINT PENSION FUND, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07CV00102 Hon. Reggie B. Walton |
| SUNRISE SENIOR LIVING, INC., et al., | ) ) | |
| Defendants. | ) ) | |

# [PROPOSED]
# ORDER

Upon consideration of Defendants' Consent Motion to Extend Time to Answer, Move, or Otherwise Respond to the Complaint in the above action,

IT IS HEREBY ORDERED BY THE COURT that Defendants' time to answer, move against, or otherwise respond to the Complaint in the above action shall be extended through and including the sixtieth (60th) day after the later of (a) the Court appointing a lead plaintiff and lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B) or (b) such lead plaintiff's service of its Amended and Consolidated Complaint on Defendants' undersigned counsel or such other time as may be agreed by the parties and so ordered by the Court.

\\\DC - 063844/000029 - 2441262 v1

**SO ORDERED** this ___ day of _____, 2007.

_____
Reggie B. Walton
United States District Judge

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that copies of the foregoing Consent Motion to Extend Tme to

Answer, Move, or Otherwise Respond were mailed, postage prepaid,

this *23rd* day of ____*February*____, 2007, to:


CUNEO GILBERT & LaDUCA, LLP
Jonathan W. Cuneo
 (DC Bar No. 939389)
Pamela Gilbert
(DC Bar No. 418207)
507 C Street, N.E.
Washington, DC 20002
 (202) 789-3960

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
William S. Lerach
Matthew P. Siben
Thomas G. Wilhelm
655 West Broadway, Suite 1900
San Diego, CA 92101
 (619) 231-1058

LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
Nancy M. Juda
(DC Bar No. 445487)
1100 Connecticut Ave. N.W.
Suite 730
Washington, D.C. 20036
(202) 822-0600

LAW OFFICES OF ROGER M.
ADELMAN
Roger M. Adelman
(DC Bar No. 056358)
1100 Connecticut Avenue, N.W.
Suite 730
Washington, D.C. 20036
 (202) 822-0600

SCHWARZWALD & McNAIR LLP
Eben O. McNair, IV
616 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114-1503
 (216) 566-1600

*Attorneys for Plaintiffs*

_____
George H. Mernick, III