| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Jonathan W. Cuneo, Esq.<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street N E<br>Washington, DC 20002<br>Telephone No: 202-789-3960   FAX No: 202-789-0489 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: | |
| United States District Court - District of Columbia | |
| Plaintiff: United Food and Commercial Workers Union Local 880, et al. | |
| Defendant: Sunrise Senior Living, Inc. | |

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV00102 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint for Violation of Federal Securities Laws; Notice of Right to Consent to Trial Before US Magistrate Judge

3. a. Party served:            Craig Callen
   b. Person served:           Party in item 3a

4. Address where the party was served:   3 East 77th Street
                                         New York, NY 10021

5. I served the party:
   b. **by substituted service.** On: Sat., Feb. 17, 2007 at: 10:40AM I left the documents listed in item 2 with or in the presence of:
   Hernan Doe, Doorman at Mr. Callens residence,   Hispanic, Male, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 9 Inches, 180 Pounds
   (2) **(Home)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. Michael Keating

Fee for Service:
I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

3-7-07
(Date)                    (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.
   My Commission Expires 2-17-10
                          (Date)

JOHN J. WALKER
Notary Public, State of New York
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 17, 20 10

AFFIDAVIT OF SERVICE           (Notary Public)

jocun.56009

| *Attorney or Party without Attorney:*<br>Jonathan W. Cuneo, Esq.<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street N E<br>Washington, DC 20002 | | *For Court Use Only* |
|---|---|---|
| *Telephone No:* 202-789-3960    *FAX: No:* 202-789-0489 | *Ref. No or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - District of Columbia | | |
| *Plaintiff:* United Food and Commercial Workers Union Local 880, et al. | | |
| *Defendant:* Sunrise Senior Living, Inc. | | |

| **Affidavit of Reasonable Diligence** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV00102 |
|---|---|---|---|---|

1. I, Michael Keating, and any employee or independent contractors retained by 1st NATIONWIDE LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Craig Callen as follows:

2. Documents:    Summons In A Civil Case; Complaint for Violation of Federal Securities Laws; Notice of Right to Consent to Trial Before US Magistrate Judge.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 01/29/07 | 7:15pm | Home | Doorman called the residence of Mr. Callen via the lobby phone. He did not recieve an answer to his call. Attempt made by: Jeffrey Farrington. Attempt at: 3 East 77th Street   New York NY 10021. |
| Wed | 01/31/07 | 7:05pm | Home | Doorman called the residence of Mr. Callen via the lobby phone. He did not recieve an answer to his call. Attempt made by: Jeffrey Farrington. Attempt at: 3 East 77th Street   New York NY 10021. |
| Sat | 02/03/07 | 9:32am | Home | Doorman called the residence of Mr. Callen via the lobby phone. He did not recieve an answer to his call. The doorman informerd me that he does not believe the defendant is here everyday. Attempt made by: Michael Keating. Attempt at: 3 East 77th Street   New York NY 10021. |
| Thu | 02/08/07 | 9:20pm | Home | I asked the doorman to please call up to the residence but he did not do so, he stated that the defendant is out of town. Attempt made by: Michael Keating. Attempt at: 3 East 77th Street   New York NY 10021. |
| Sat | 02/17/07 | 10:40am | Home | I asked the doorman to call up the residence. He did not receive an answer to his call. I then asked if he could allow me access to the building so that I could post the aforementioned papers on the apartment door of the defendant. He refused to allow me access so I then personally delivered and left the same with Herman Doe, Doorman. HM, 30 years, 5'9", 180 lbs, short black hair. Attempt made by: Michael Keating. Attempt at: 3 East 77th Street   New York NY 10021. |

| Attorney or Party without Attorney: <br> Jonathan W. Cuneo, Esq. <br> Cuneo Gilbert & LaDuca, LLP <br> 507 C Street N E <br> Washington, DC 20002 | | For Court Use Only |
|---|---|---|
| Telephone No: 202-789-3960   FAX. No: 202-789-0489 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - District of Columbia | | |
| Plaintiff: United Food and Commercial Workers Union Local 880, et al. | | |
| Defendant: Sunrise Senior Living, Inc. | | |
| **Affidavit of Reasonable Diligence** | Hearing Date:   Time:   Dept/Div: | Case Number: <br> 07CV00102 |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 02/17/07 | 10:40am | Home | Substituted Service on: Craig Callen Home - 3 East 77th Street New York, NY. 10021 by leaving a copy of the document(s) with: Hernan Doe, Doorman at Mr. Callens residence,   Hispanic, Male, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 9 Inches, 180 Pounds.  Served by: Michael Keating |
| Fri | 02/23/07 | | | Mailed copy of Documents to: Craig Callen |

3.  *Person Executing*
    a. Michael Keating
    **b. 1st NATIONWIDE LEGAL SERVICES, INC.**
      501 12th Street
      Sacramento, CA 95814
    c. (916) 449-8990, FAX (916) 449-8991

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   *d.. The Fee for service was:*
   I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

3-7-07
(Date)                        (Signature)

4.  SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.
    My Commission Expires  2-17-10
    Date: Fri, Feb. 23, 2007           **Affidavit of Reasonable Diligence**
    Page: 2

(Notary)
JOHN J. WALKER    Je32.56009
Notary Public, State of New York
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 17, 20 _10_

| Attorney or Party without Attorney:<br>Jonathan W. Cuneo, Esq.<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street N E<br>Washington, DC  20002<br>Telephone No: 202-789-3960   FAX No: 202-789-0489 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Columbia | |
| Plaintiff: United Food and Commercial Workers Union Local 880, et al. | |
| Defendant: Sunrise Senior Living, Inc. | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV00102 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Complaint for Violation of Federal Securities Laws; Notice of Right to Consent to Trial Before US Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Fri., Feb. 23, 2007
   b. Place of Mailing:      Sacramento, CA  95814
   c. Addressed as follows:  Craig Callen
                             3 East 77th Street
                             New York, NY  10021

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Feb. 23, 2007 in the ordinary course of business.

5. *Person Serving:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                                      d. *The Fee for Service was:*    $243.60
   b. 1st NATIONWIDE LEGAL SERVICES, INC.                e. I am: (3) registered California process server
      501 12th Street                                       (i)   Employee
      Sacramento, CA  95814                                 (ii)  Registration No.:   2005-27
   c. (916) 449-8990, FAX (916) 449-8991                    (iii) County:             Sacramento
                                                            (iv)  Expiration Date:    Sun, Apr. 29, 2007

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Sat, Mar. 03, 2007

   Judicial Council Form                    PROOF OF SERVICE              (Janis Dingman)
   Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail                                      jocun.56009