| Attorney or Party without Attorney: <br> Jonathan W. Cuneo, Esq. <br> Cuneo Gilbert & LaDuca, LLP <br> 507 C Street N E <br> Washington, DC 20002 <br> Telephone No: 202-789-3960    FAX No: 202-789-0489 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - District of Columbia | |
| Plaintiff: United Food and Commercial Workers Union Local 880, et al. | |
| Defendant: Sunrise Senior Living, Inc. | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CV00102 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint for Violation of Federal Securities Laws; Notice of Right to Consent to Trial Before US Magistrate Judge

3. a. Party served:            J. Douglas Holladay
   b. Person served:           J. Douglas Holladay, Personally

4. Address where the party was served:     333 North Glebe Road
                                           Arlington, VA  22207

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 24, 2007 (2) at: 12:42PM

7. **Person Who Served Papers:**
   a. Anthony J. Stefano

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814
   Voice: 916.449.8990
   FAX: 916.449.8991

   01-29-07
   (Date)

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

   (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  06/30/2010
                          (Date)

                                    AFFIDAVIT OF SERVICE           Dawn L. Castor
                                                                   (Notary Public)           jocun.55683

   DAWN L. CASTOR