| Attorney or Party without Attorney:<br>Jonathan W. Cuneo, Esq.<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street N E<br>Washington, DC 20002<br>Telephone No: 202-789-3960    FAX No: 202-789-0489 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Columbia | | | | |
| Plaintiff: United Food and Commercial Workers Union Local 880, et al. | | | | |
| Defendant: Sunrise Senior Living, Inc. | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV00102 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint for Violation of Federal Securities Laws; Notice of Right to Consent to Trial Before US Magistrate Judge

3. a. Party served:                William G. Little
   b. Person served:               William G. Little, Personally

4. Address where the party was served:    950 North Michigan Ave. # 2902
                                          Chicago, IL  60611

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jan. 27, 2007 (2) at: 4:35PM

7. *Person Who Served Papers:*
   a. Billy Molden

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814

   **Voice: 916.449.8990**
   **FAX: 916.449.8991**

   2/7/2007
   (Date)

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

   (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires 5/12/09
                         (Date)

   AFFIDAVIT OF SERVICE                (Notary Public)

   jocun.55692