| Attorney or Party without Attorney: <br> Jonathan W. Cuneo, Esq. <br> Cuneo Gilbert & LaDuca, LLP <br> 507 C Street N E <br> Washington, DC 20002 <br> Telephone No: 202-789-3960    FAX No: 202-789-0489 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - District of Columbia | | |
| Plaintiff: United Food and Commercial Workers Union Local 880, et al. | | |
| Defendant: Sunrise Senior Living, Inc. | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date:    Time:    Dept/Div: | Case Number: <br> 07CV00102 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint for Violation of Federal Securities Laws; Notice of Right to Consent to Trial Before US Magistrate Judge

3. a. Party served:         Bradley B. Rush
   b. Person served:        Bradley B. Rush, personally

4. Address where the party was served:    371 Church Street N E
                                          Vienna, VA  22180

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jan. 27, 2007 (2) at: 4:23PM

7. *Person Who Served Papers:*
   a. Anthony J. Stefano



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

01-30-07
(Date)

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

(Signature)

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

   My Commission Expires  06/30/10
                          (Date)

                                    AFFIDAVIT OF SERVICE            Dawn Castor
                                                                    (Notary Public)
                                                    DAWN L. CASTOR

jocun.55685