| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Jonathan W. Cuneo, Esq.<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street N E<br>Washington, DC 20002<br>Telephone No: 202-789-3960    FAX No: 202-789-0489 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - District of Columbia |
| Plaintiff: United Food and Commercial Workers Union Local 880, et al. |
| Defendant: Sunrise Senior Living, Inc. |

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV00102 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint for Violation of Federal Securities Laws; Notice of Right to Consent to Trial Before US Magistrate Judge

3. a. Party served:           Sunrise Senior Living, Inc.
   b. Person served:          Lisa Motley, Director Office Services/ Authorized to Accept Service

4. Address where the party was served:    7902 Westpark Drive
                                          McLean, VA  22101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 24, 2007 (2) at: 4:04PM

7. Person Who Served Papers:
   a. Anthony J. Stefano

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814
   Voice: 916.449.8990
   FAX: 916.449.8991

   01-29-07
   (Date)

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

   (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires 06/30/2010
                         (Date)

   AFFIDAVIT OF SERVICE

   Dawn L. Castor
   (Notary Public)

   DAWN L. CASTOR

   *jocun.55688*