| *Attorney or Party without Attorney:*<br>Jonathan W. Cuneo, Esq.<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street N E<br>Washington, DC 20002<br>*Telephone No:* 202-789-3960   *FAX No:* 202-789-0489 | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - District of Columbia | | | | |
| *Plaintiff:* United Food and Commercial Workers Union Local 880, et al. | | | | |
| *Defendant:* Sunrise Senior Living, Inc. | | | | |
| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV00102 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint for Violation of Federal Securities Laws; Notice of Right to Consent to Trial Before US Magistrate Judge

3. a. Party served:  Teresa M. Klaassen
   b. Person served:  Party in item 3a

4. Address where the party was served:  9050 Falls Run Road
   McLean, VA 22102

5. I served the party:
   b. **by substituted service.** On: Wed., Jan. 24, 2007 at: 3:41PM I left the documents listed in item 2 with or in the presence of:
   David Klaasen, Son / Co-Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. Anthony J. Stefano

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814
**Voice:** 916.449.8990
**FAX:** 916.449.8991

01-29-07
(Date)    (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires 06/30/2010
(Date)

AFFIDAVIT OF SERVICE    (Notary Public)

*jocun.55691*

DAWN L. CASTOR

| Attorney or Party without Attorney:<br>Jonathan W. Cuneo, Esq.<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street N E<br>Washington, DC 20002<br>Telephone No: 202-789-3960    FAX No: 202-789-0489 | | For Court Use Only |
|---|---|---|
| | Ref. No or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Columbia | | |
| Plaintiff: United Food and Commercial Workers Union Local 880, et al. | | |
| Defendant: Sunrise Senior Living, Inc. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV00102 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Complaint for Violation of Federal Securities Laws; Notice of Right to Consent to Trial Before US Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Fri., Jan. 26, 2007
   b. Place of Mailing:      Sacramento, CA 95814
   c. Addressed as follows:  Teresa M. Klaassen
                             9050 Falls Run Road
                             McLean, VA 22102

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jan. 26, 2007 in the ordinary course of business.

5. *Person Serving:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                                         d. *The Fee for Service was:*
   b. 1st NATIONWIDE LEGAL SERVICES, INC.                   e. I am: (3) registered California process server
      501 12th Street                                           (i)   Employee
      Sacramento, CA 95814                                      (ii)  Registration No.:    2005-27
   c. (916) 449-8990, FAX (916) 449-8991                        (iii) County:              Sacramento
                                                                (iv)  Expiration Date:     Sun, Apr. 29, 2007

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Sun, Jan. 28, 2007

Judicial Council Form                    PROOF OF SERVICE              (Janis Dingman)
Rule 982.9.(a)&(b) Rev January 1, 2007       By Mail                                    jocun.55691