| Attorney or Party without Attorney: Jonathan W. Cuneo, Esq. Cuneo Gilbert & LaDuca, LLP 507 C Street N E Washington, DC 20002 Telephone No: 202-789-3960    FAX No: 202-789-0489 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - District of Columbia | | |
| Plaintiff: United Food and Commercial Workers Union Local 880, et al. | | |
| Defendant: Sunrise Senior Living, Inc. | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date:    Time:    Dept/Div: | Case Number: 07CV00102 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint for Violation of Federal Securities Laws; Notice of Right to Consent to Trial Before US Magistrate Judge

3. a. Party served:              Ronald V. Aprahamian
   b. Person served:             Ronald V. Aprahamian, Personally

4. Address where the party was served:    90 Beachside Drive, Apt 201
                                          Vero Beach, FL  32963

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Feb. 14, 2007 (2) at: 8:40AM

7. *Person Who Served Papers:*
   a. William Bressett

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814
   Voice: 916.449.8990
   FAX: 916.449.8991

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of Washington, DC that the foregoing is true and correct.

   2/16/07    William Bressett
   (Date)                (Signature)
   PS8914

Sharon Brown
Commission #DD207850
Expires: May 01, 2007
Bonded Thru
Atlantic Bonding Co., Inc

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires 5/1/07
                    (Date)
                              AFFIDAVIT OF SERVICE    (Notary Public)

jocun.56830