**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880—RETAIL FOOD EMPLOYERS JOINT PENSION FUND, and UNITED FOOD AND COMMERCIAL WORKERS UNION—EMPLOYER PENSION FUND,<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONAHUE, WILLIAM G. LITTLE, TERESA M. KLAASSEN, CRAIG R. CALLEN, and J. BARRON ANSCHUTZ,<br><br>　　　　　　　Defendants. | Case No. 07CV00102(RBW) |

**[Caption continued on following page]**

| | |
|---|---|
| FIRST NEW YORK SECURITIES LLC,<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONAHUE, WILLIAM G. LITTLE, TERESA M. KLAASSEN, CRAIG R. CALLEN, and J. BARRON ANSCHUTZ,<br><br>                    Defendants. | Case No. 07CV00294(RBW) |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, who move the Court for an order granting admission *pro hac vice* of Michael J. Pucillo to appear and participate in proceedings in this Court in the above referenced action. The grounds for this motion are set forth in the attached hereto and incorporated herein signed certification of Mr. Pucillo.

Mr. Pucillo acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, if he is admitted *pro hac vice* in this matter.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Pucillo will be associated in this case.

WHEREFORE, for these and other such reasons, the undersigned respectfully requests the Court to grant this Motion and enter the Order for admission *pro hac vice*.

Dated: April 2, 2007                             Respectfully submitted,


  /s/   Elizabeth S. Finberg
**COHEN, MILSTEIN, HAUSFELD**
  **& TOLL, P.L.L.C.**
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone:    202/408-4600
Facsimile:    202/408-4699
E-mail:       stoll@cmht.com

*Liaison Counsel for the Oklahoma Firefighters Pension and Retirement System and the City of Miami General Employees' 7 Sanitation Employees' Retirement Trust and Proposed Liaison Counsel for the Class*


**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Gerald H. Silk
Avi Josefson
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone:    212/554-1400
Facsimile:    212/554-1444

*Counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust and Proposed Co-Lead Counsel for the Class*

2

**BERMAN DEVALERIO PEASE**
  **TABACCO BURT & PUCILLO**
Michael J. Pucillo
Jay W. Eng
Esperanté Building, Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
Telephone:     561/835-9400
Facsimile:      561/835-0322
E-mail:           mpucillo@bermanesq.com
                      jeng@bermanesq.com

*Counsel for the Oklahoma Firefighters Pension and Retirement System and Proposed Co-Lead Counsel for the Class*

**KLAUSNER & KAUFMAN, PA**
Robert D. Klausner
10059 N.W. 1st Court
Plantation, FL 33324
Telephone:     954/916-1202
Facsimile:      954/916-1232

*Additional Counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust*

**CERTIFICATE OF SERVICE**

I, Elizabeth S. Finberg, hereby certify that on April 2, 2007, I electronically filed the foregoing Motion for Admission *Pro Hac Vice*, Certification of Michael J. Pucillo and [Proposed] Order with the Clerk of Court using the Electronic Case Filing system, which will send notification of such filing to all counsel of record in this matter.


   /s/   Elizabeth S. Finberg
Elizabeth S. Finberg

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880—RETAIL FOOD EMPLOYERS JOINT PENSION FUND, and UNITED FOOD AND COMMERCIAL WORKERS UNION—EMPLOYER PENSION FUND,<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONAHUE, WILLIAM G. LITTLE, TERESA M. KLAASSEN, CRAIG R. CALLEN, and J. BARRON ANSCHUTZ,<br><br>               Defendants. | Case No. 07CV00102(RBW) |

**[Caption continued on following page]**

| | |
|---|---|
| FIRST NEW YORK SECURITIES LLC,<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONAHUE, WILLIAM G. LITTLE, TERESA M. KLAASSEN, CRAIG R. CALLEN, and J. BARRON ANSCHUTZ,<br><br>    Defendants. | Case No. 07CV00294(RBW) |

**CERTIFICATION OF MICHAEL J. PUCILLO IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Michael J. Pucillo hereby certifies that:

1. His full name is Michael J. Pucillo;

2. His address and telephone number is:

   Berman DeValerio Pease Tabacco Burt & Pucillo
   Esperanté Building, Suite 900
   222 Lakeview Avenue
   West Palm Beach, Florida 33401
   Telephone:   561/835-9400
   Facsimile:    561/835-0322

3. He has been admitted to practice law in the Supreme Court of Florida, the United States Court of Appeals for the Fifth and Eleventh Circuits, and the United States District Courts for the Southern District of Florida, and Middle District of Florida. He is in good standing in all of the referenced Courts.

4. His attorney identification number that he uses in submissions to the Supreme Court of Florida is 261033.

5. He has read the local civil rules of this Court and will comply with the standards of practice and with the local civil rules.

6. He has not been disciplined by any bar.

7. To the best of his recollection, he has not been admitted *Pro Hac Vice* in this Court within the last two years.

Dated: April 2, 2007                                    Respectfully submitted,

  /s/  Michael J. Pucillo
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Michael J. Pucillo
Jay W. Eng
Esperanté Building, Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
Telephone:     561/835-9400
Facsimile:      561/835-0322
E-mail:           mpucillo@bermanesq.com
                      jeng@bermanesq.com

*Counsel for the Oklahoma Firefighters Pension and Retirement System and Proposed Co-Lead Counsel for the Class*

**COHEN, MILSTEIN, HAUSFELD  & TOLL, P.L.L.C.**
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone:     202/408-4600
Facsimile:      202/408-4699
*Liaison Counsel for the Oklahoma Firefighters Pension and Retirement System*

2

*and the City of Miami General Employees' 7 Sanitation Employees' Retirement Trust and Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
Gerald H. Silk
Avi Josefson
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone:    212/554-1400
Facsimile:    212/554-1444
*Counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust and Proposed Co-Lead Counsel for the Class*


**KLAUSNER & KAUFMAN, PA**
Robert D. Klausner
10059 N.W. 1st Court
Plantation, FL 33324
Telephone:    954/916-1202
Facsimile:    954/916-1232
*Additional Counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust*

3

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880—RETAIL FOOD EMPLOYERS JOINT PENSION FUND, and UNITED FOOD AND COMMERCIAL WORKERS UNION—EMPLOYER PENSION FUND, <br><br>Individually and On Behalf of All Others Similarly Situated, <br><br>              Plaintiffs, <br><br>v. <br><br>SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONAHUE, WILLIAM G. LITTLE, TERESA M. KLAASSEN, CRAIG R. CALLEN, and J. BARRON ANSCHUTZ, <br><br>              Defendants. | Case No. 07CV00102(RBW) |

**[Caption continued on following page]**

| | |
|---|---|
| FIRST NEW YORK SECURITIES LLC,<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC., PAUL J. KLAASSEN, THOMAS B. NEWELL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, J. DOUGLAS HOLLADAY, THOMAS J. DONAHUE, WILLIAM G. LITTLE, TERESA M. KLAASSEN, CRAIG R. CALLEN, and J. BARRON ANSCHUTZ,<br><br>     Defendants. | Case No. 07CV00294(RBW) |

## [PROPOSED] ORDER

Upon consideration of the motion of Elizabeth S. Finberg (USDC-DC Bar No. 468555), an active member of the Bar of this Court, for the admission *pro hac vice* of Michael J. Pucillo, and for good cause shown, it is, this ___ day of _____, 2007,

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Michael J. Pucillo be, and the same hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

                _____
                Honorable Reggie B. Walton
                United States District Judge