UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880 – RETAIL FOOD EMPLOYERS JOINT PENSION FUND, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>SUNRISE SENIOR LIVING, INC., et al.,<br><br>    Defendants. | Civil No. 1:07-cv-00102-RBW<br><br><u>CLASS ACTION</u> |
| FIRST NEW YORK SECURITIES, L.L.C., Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>SUNRISE SENIOR LIVING, INC., et al.,<br><br>    Defendants. | Civil No. 1:07-cv-00294-RBW<br><br><u>CLASS ACTION</u> |

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880 – RETAIL FOOD EMPLOYERS JOINT PENSION FUND AND UNITED FOOD AND COMMERCIAL WORKERS UNION-EMPLOYER PENSION FUND'S RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF

Based upon a review of the supporting documentation provided by other movants seeking appointment as lead plaintiff, it appears that United Food and Commercial Workers Union Local 880 – Retail Food Employers Joint Pension Fund and United Food and Commercial Workers Union-Employer Pension Fund (the "UFCW 880 Funds") do not possess the largest financial interest in the outcome of this litigation. *See In re XM Satellite Radio Holdings Sec. Litig.*, 237 F.R.D. 13, 17-18 (D.D.C. 2006).

Should the proposed lead plaintiffs with the largest claimed financial interest later withdraw, fail to present themselves as class representatives, or fail to satisfy Fed. R. Civ. P. 23, the UFCW 880 Funds reserve their right to be considered the next most adequate plaintiff on behalf of the class. The UFCW 880 Funds have a financial interest of approximately $77,000, timely filed their motion and unquestionably satisfied the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* Memorandum of Law in Support of United Food and Commercial Workers Union Local 880 – Retail Food Employers Joint Pension Fund and United Food and Commercial Workers Union-Employer Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel.

DATED: April 2, 2007

Respectfully submitted,

CUNEO GILBERT & LaDUCA, LLP
JONATHAN W. CUNEO (DC Bar # 939389)
PAMELA GILBERT (DC Bar # 418207)

s/ Jonathan W. Cuneo
JONATHAN W. CUNEO

507 C Street, N.E.
Washington, DC  20002
Telephone:  202/789-3960
202/789-0489 (fax)

[Proposed] Liaison Counsel

- 1 -

- 2 -

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        WILLIAM S. LERACH
        DARREN J. ROBBINS
        RAMZI ABADOU
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        Telephone: 619/231-1058
        619/231-7423 (fax)

        [Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Sunrise Senior\NOT00040621-WD.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 2, 2007.

                                              s/ Jonathan W. Cuneo
                                              JONATHAN W. CUNEO

                                              CUNEO GILBERT & LaDUCA, LLP
                                              507 C Street, N.E.
                                              Washington, DC  20002
                                              Telephone:  202/789-3960
                                              202/789-0489 (fax)
                                              E-mail:jonc@cuneolaw.com

# Mailing Information for a Case 1:07-cv-00102-RBW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jonathan Watson Cuneo**
  jonc@cuneolaw.com

- **Elizabeth Shattuck Finberg**
  efinberg@cmht.com,efilings@cmht.com,ldestefano@cmht.com,dsommers@cmht.com

- **George Henry Mernick , III**
  ghmernick@hhlaw.com

- **Daniel S. Sommers**
  dsommers@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 1:07-cv-00294-RBW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jonathan Watson Cuneo**
  jonc@cuneolaw.com

- **Donald J. Enright**
  dje@ftllaw.com

- **Elizabeth Shattuck Finberg**
  efinberg@cmht.com,efilings@cmht.com,ldestefano@cmht.com,dsommers@cmht.com

- **George Henry Mernick , III**
  ghmernick@hhlaw.com

- **Daniel S. Sommers**
  dsommers@cmht.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`