AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED FOOD AND COMMERCIAL WORKERS UNION
LOCAL 880-RETAIL FOOD EMPLOYERS JOINT
PENSION FUND, ETE AL.                    )
        Plaintiff(s)                    )    **APPEARANCE**
                                         )
                                         )
        vs.                              )    CASE NUMBER   1:07-cv-00102-RBW
SUNRISE SENIOR LIVING, INC., ET AL )
                                         )
        Defendant(s)                    )


To the Clerk of this court and all parties of record:

Please enter the appearance of  Jon M. Talotta  as counsel in this
                                  (Attorney's Name)

case for:  Sunrise Senior Living, Inc.
                (Name of party or parties)


| | |
|---|---|
| June 14, 2007 | /s/ Jon M. Talotta |
| Date | Signature |
| | Jon M. Talotta |
| 473626 | Print Name |
| BAR IDENTIFICATION | Hogan & Hartson LLP - 8300 Greensboro Drive |
| | Address |
| | McLean, VA 22102 |
| | City    State    Zip Code |
| | 703-610-6100 |
| | Phone Number |