AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED FOOD AND COMMERCIAL WORKERS UNION
LOCAL 880-RETAIL FOOD EMPLOYERS JOINT
PENSION FUND, ET AL.        )
      Plaintiff(s)     )       **APPEARANCE**
                       )
                       )
      vs.              )       CASE NUMBER    1:07-cv-00102-RBW
SUNRISE SENIOR LIVING, INC., ET AL.   )
                       )
      Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of __N. Thomas Connally__ as counsel in this
                (Attorney's Name)

case for: __Sunrise Senior Living, Inc.__
      (Name of party or parties)

__June 14, 2007__
Date

__448355__
BAR IDENTIFICATION

__/s/ N. Thomas Connally__
Signature

__N. Thomas Connally__
Print Name

__Hogan & Hartson - 8300 Greensboro Drive__
Address

__McLean, VA 22102__
City    State    Zip Code

__703-610-6126__
Phone Number