UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING, INC. SECURITIES LITIGATION, | Case No. 07CV00102 (RBW) |
| This Document Relates To:<br><br>ALL ACTIONS. | DEMAND FOR JURY TRIAL |

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF
CONSOLIDATED AMENDED COMPLAINT AND BRIEFING THEREON**

Lead Plaintiffs the City of Miami General Employees' & Sanitation Employees' Retirement Trust and the Oklahoma Firefighters Pension and Retirement System (collectively, the "Public Retirement Systems") and Defendants, by and through their respective undersigned counsel, hereby stipulate, subject to court approval, as follows, concerning the filing of a Consolidated Amended Complaint and briefing thereon.

**RECITALS**

1. WHEREAS, on July 31, 2007, the Court entered a minute order granting the parties' Stipulation and [Proposed] Order Re: Appointment of Lead Plaintiffs, Approval of Counsel, Consolidation of Related Cases and Further Organization of the Case (D.E. 19) which, among other things, appointed the Public Retirement Systems Lead Plaintiffs and provided that Lead Plaintiffs shall file and serve a Consolidated Amended Complaint no later than 45 days after the Company files its restated financial statements for the years ended December 31, 2003, 2004 and 2005 (the "Restatement") with the Securities and Exchange Commission, that Defendants file and serve responsive pleading(s) or motion(s) no later than 45 days after the filing of the Consolidated Amended Complaint; that Lead Plaintiffs file and serve opposition brief(s) no later than 45 days after the filing of Defendants' motion(s), and that Defendants file

and serve reply brief(s) no later than 30 days after the filing of Lead Plaintiffs opposition brief(s);

WHEREAS, on March 24, 2008, the Restatement was filed with the Securities and Exchange Commission;

WHEREAS, Lead Plaintiffs' Consolidated Amended Complaint currently must be filed and served no later than May 8, 2008;

WHEREAS, Lead Plaintiffs are engaged in a time-consuming analysis of the voluminous Restatement and need additional time to prepare the Consolidated Amended Complaint; and

WHEREAS, Lead Plaintiffs' counsel has consulted with Defendants' counsel who have agreed to such an extension of time.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Public Retirement Systems and Defendants, through their respective counsel of record, as follows:

1. Lead Plaintiffs shall file and serve a Consolidated Amended Complaint no later than June 6, 2008.

2. Defendants shall file and serve responsive pleading(s) or motion(s) no later than 45 days after the filing of Lead Plaintiffs' Consolidated Amended Complaint.

3. Lead Plaintiffs shall file and serve opposition brief(s) no later than 45 days after the filing of Defendants' motion(s).

    4.       Defendants shall file and serve reply brief(s) no later than 30 days after the filing of Lead Plaintiffs' opposition brief(s).

**IT IS SO ORDERED.**


DATED: _____                 _____
                                                 REGGIE B. WALTON
                                                 UNITED STATES DISTRICT JUDGE

Dated: May 2, 2008

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

/s/ Daniel S. Sommers_____
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
*Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
J. Erik Sandstedt
Avi Josefson
1285 Avenue of the Americas, 38th Fl.
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
*Co-Lead Counsel for the Class*

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Michael J. Pucillo
Jay W. Eng
Esperante Building
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
Telephone: (561) 835-9400
Facsimile: (561) 835-0322
*Co-Lead Counsel for the Class*

**KLAUSNER & KAUFMAN, PA**
Robert D. Klausner
10059 N.W. 1st Court
Plantation, FL 33324
Telephone: (954) 916-1202
Fax: (954) 916-1232
*Additional Counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust*

Respectfully submitted,

**HOGAN & HARTSON, LLP**

/s/ George H. Mernick, III_____
Joseph M. Hassett, D.C. Bar #123935
George H. Mernick, III, D.C. Bar #294256
555 Thirteenth Street, N.W.
Washington, D.C., 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

**HOGAN & HARTSON, LLP**
N. Thomas Connally, D.C. Bar # 448355
Jon M. Talotta, D.C. Bar #473626
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200

*Counsel for Defendants*

**AKIN GUMP STRAUS HAUER & FELD, LLP**

/s/ John M. Dowd_____
John M. Dowd D.C. Bar #003525
Jeffrey M. King D.C. Bar #461644
Elizabeth C. Peterson D.C. Bar #460259
Paul W. Butler D.C. Bar #493942
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C., 20036-1564
Telephone (202)887-4000
Facsimile (202) 887-4288

*Counsel for Bradley B. Rush*