UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING SECURITIES LITIGATION<br><br>This Document Relates to:<br>All Cases | )<br>)  MASTER FILE<br>)  07-CV-00102 (RBW)<br>)<br>)  **JURY TRIAL**<br>)  **DEMANDED**<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, who move the Court for an order granting admission *pro hac vice* of William C. Fredericks to appear and participate in proceedings in this Court in the above referenced action. The grounds for this motion are set forth in the Declaration of William C. Fredericks, filed concurrently herewith.

Mr. Fredericks acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, if he is admitted *pro hac vice* in this matter.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Fredericks will be associated in this case.

WHEREFORE, the undersigned respectfully requests the Court to grant this Motion and enter an Order admitting William C. Fredericks *pro hac vice*.

Dated: June 2, 2008                                         Respectfully submitted,

 /s/   Elizabeth S. Finberg
**COHEN, MILSTEIN, HAUSFELD**
  **& TOLL, P.L.L.C.**
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone:     202/408-4600
Facsimile:     202/408-4699
E-mail:             stoll@cmht.com

*Liaison Counsel for the Oklahoma Firefighters Pension and Retirement System and the City of Miami General Employees Retirement Trust*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Laura H. Gundersheim
William Fredericks
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone:     212/554-1400
Facsimile:     212/554-1444

*Counsel for the City of Miami General Employees Retirement Trust*

## CERTIFICATE OF SERVICE

I, Elizabeth S. Finberg, hereby certify that on June 2, 2008 I electronically filed the foregoing Motion for Admission *Pro Hac Vice*, Declaration of William C. Fredericks and [Proposed] Order with the Clerk of Court using the Electronic Case Filing system, which will send notification of such filing to all counsel of record in this matter.

   /s/   Elizabeth S. Finberg
Elizabeth S. Finberg

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING SECURITIES LITIGATION<br><br>This Document Relates to:<br>All Cases | )<br>)  MASTER FILE<br>)  07-CV-00102 (RBW)<br>)<br>)  **JURY TRIAL**<br>)  **DEMANDED**<br>) |

**DECLARATION OF WILLIAM FREDERICKSON IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*** 

Pursuant to 28 U.S.C. § 1746, I, William Frederickson, hereby declare as follows:

1. My full name is William Frederickson;

2. My office address and telephone number is:

   Bernstein Litowitz Berger & Grossman LLP
   1285 Avenue of the Americas, 38th Floor
   New York, NY 10019
   Telephone: 212/554-1400
   Facsimile: 212/554-1444

3. I have been admitted to practice law in the Southern District of New York, Eastern District of New York, District of Colorado, Second Circuit, Third Circuit, Sixth Circuit and Tenth Circuit. I have not been disciplined by any court and am a member in good standing in all of the referenced Courts.

4. I have read the local civil rules of this Court and will comply with the standards of practice and with the local civil rules.

5. To the best of his recollection, I have not been admitted *Pro Hac Vice* in this Court within the last two years.

2

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 2, 2008                                    Respectfully submitted,

                                                              /s/ William C. Fredericks
William C. Fredericks
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone:    212/554-1400
Facsimile:     212/554-1444

*Counsel for the City of Miami General Employees Retirement Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE SUNRISE SENIOR LIVING SECURITIES LITIGATION | ) ) ) ) ) ) ) | MASTER FILE 07-CV-00102 (RBW) **JURY TRIAL DEMANDED** |
| This Document Relates to: All Cases |  |  |

## [PROPOSED] ORDER

Upon consideration of the motion of Elizabeth S. Finberg (USDC-DC Bar No. 468555), an active member of the Bar of this Court, for the admission *pro hac vice* of William C. Fredericks, and for good cause shown, it is, this ___ day of _____, 2008,

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that William C. Fredericks be, and the same hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
Honorable Reggie B. Walton
United States District Judge