# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING SECURITIES LITIGATION<br><br>This Document Relates to:<br>All Cases | )<br>) MASTER FILE<br>) 07-CV-00102 (RBW)<br>)<br>) **JURY TRIAL**<br>) **DEMANDED**<br>) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that attached herewith is a revised Declaration of William C. Fredericks in Support of Motion for Admission Pro Hac Vice (the Fredericks Declaration). The attached replaces the Fredericks Declaration, which was filed yesterday and mistakenly misspelled movant's last name as "Frederickson."

Dated: June 3, 2008                                Respectfully submitted,

                                                      /s/   Elizabeth S. Finberg
**COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.**
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone:    202/408-4600
Facsimile:     202/408-4699
E-mail:          stoll@cmht.com

*Liaison Counsel for the Oklahoma Firefighters Pension and Retirement System and the City of Miami General Employees Retirement Trust*

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Laura H. Gundersheim
William Fredericks
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone:    212/554-1400
Facsimile:    212/554-1444

*Counsel for the City of Miami General
Employees Retirement Trust*

## **CERTIFICATE OF SERVICE**

    I, Elizabeth S. Finberg, hereby certify that on June 3, 2008 I electronically filed the foregoing Notice of Filing and [replacement] Declaration of William C. Fredericks with the Clerk of Court using the Electronic Case Filing system, which will send notification of such filing to all counsel of record in this matter.


                                                                       /s/   Elizabeth S. Finberg
                                                                        Elizabeth S. Finberg

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING SECURITIES LITIGATION<br><br>This Document Relates to:<br>All Cases | )<br>)  MASTER FILE<br>)  07-CV-00102 (RBW)<br>)<br>)  **JURY TRIAL**<br>)  **DEMANDED**<br>) |

**DECLARATION OF WILLIAM C. FREDERICKS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, I, William C. Fredericks, hereby declare as follows:

1. My full name is William C. Fredericks;

2. My office address and telephone number is:

   Bernstein Litowitz Berger & Grossman LLP
   1285 Avenue of the Americas, 38th Floor
   New York, NY 10019
   Telephone:  212/554-1400
   Facsimile:  212/554-1444

3. I have been admitted to practice law in the Southern District of New York, Eastern District of New York, District of Colorado, Second Circuit, Third Circuit, Sixth Circuit and Tenth Circuit.  I have not been disciplined by any court and am a member in good standing in all of the referenced Courts.

4. I have read the local civil rules of this Court and will comply with the standards of practice and with the local civil rules.

5. To the best of his recollection, I have not been admitted *Pro Hac Vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 3, 2008                    Respectfully submitted,

/s/ William C. Fredericks
William C. Fredericks
**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone:    212/554-1400
Facsimile:    212/554-1444

*Counsel for the City of Miami General Employees Retirement Trust*