UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING SECURITIES LITIGATION ) ) ) ) This Document Relates to: ) All Cases ) ) | MASTER FILE 07-CV-00102 (RBW) **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of Laurie B. Smilan, of Latham & Watkins LLP, as counsel in this case for Defendant J. Barron Anschutz.

Dated: July 3, 2008

Respectfully submitted,

/s/ Laurie B. Smilan
Laurie B. Smilan
D.C. Bar No. 474002
LATHAM & WATKINS LLP
11955 Freedom Drive
Reston, VA 20190
Telephone: 703-456-5220
Facsimile:  703-456-1001
laurie.smilan@lw.com

VA\23188.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2008, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record in this matter

/s/ Laurie B. Smilan
Laurie B. Smilan

VA\23188.1