# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE SUNRISE SENIOR LIVING SECURITIES LITIGATION ) ) ) ) | MASTER FILE<br>07-CV-00102 (RBW) |
| This Document Relates to:<br>All Cases ) ) ) | **JURY TRIAL**<br>**DEMANDED** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of David A. Becker, of Latham & Watkins LLP, as counsel in this case for Defendant J. Barron Anschutz.

Dated: July 3, 2008

Respectfully submitted,

/s/ David A. Becker
David A. Becker
D.C. Bar No. 456396
LATHAM & WATKINS LLP
555 11th Street N.W., Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2174
Facsimile: 202-637-2201
david.becker@lw.com

VA\23188.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of July 2008, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record in this matter

/s/ David A. Becker  
David A. Becker

VA\23188.1