# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING SECURITIES LITIGATION ) ) ) ) | MASTER FILE 07-CV-00102 (RBW) |
| This Document Relates to: All Cases ) ) ) | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of J. Christian Word, of Latham & Watkins LLP, as counsel in this case for Defendant J. Barron Anschutz.

Dated: July 3, 2008

Respectfully submitted,

/s/ J. Christian Word
J. Christian Word
D.C. Bar No. 461346
LATHAM & WATKINS LLP
11955 Freedom Drive
Reston, VA 20190
Telephone: 703-456-5226
Facsimile: 703-456-1001
christian.word@lw.com

VA\23188.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2008, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record in this matter

/s/ J. Christian Word
J. Christian Word

VA\23188.1