UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUNRISE SENIOR LIVING, INC.
SECURITIES LITIGATION,

This Document Relates To:

    ALL ACTIONS.

Case No. 07CV00102 (RBW)

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs the City of Miami General Employees' & Sanitation Employees' Retirement Trust and the Oklahoma Firefighters Pension and Retirement System (collectively, the "Public Retirement Systems") and Defendants, by and through their respective undersigned counsel, hereby stipulate, subject to court approval, as follows, concerning the schedule for defendants to answer or otherwise respond to Plaintiffs' Consolidated Amended Complaint, and for the briefing on any motions to dismiss.

**RECITALS**

WHEREAS, on June 6, 2008, Lead Plaintiffs filed their Consolidated Amended Complaint (the "Complaint") in this action;

WHEREAS, Defendants' deadline for answering or otherwise responding to the Complaint under the existing schedule is July 21, 2008; and

WHEREAS, Lead Plaintiffs' counsel and Defendants' counsel have consulted and agreed to a proposed amendment of the current schedule for the filing of Defendants' response to the Complaint, and for the briefing of any motions to dismiss that may be filed with respect to the Complaint;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

1.	Defendants shall file and serve either their answers to the Complaint or their motions to dismiss the Complaint (together with any supporting papers) no later than August 11, 2008.

2.	In the event that any Defendant files a motion to dismiss, Lead Plaintiffs shall file and serve their brief in opposition to any such motion no later than October 3, 2008.

3.	Defendants shall file and serve their reply briefs in support of any motion to dismiss no later than October 31, 2008.

**IT IS SO ORDERED.**

DATED: _____    _____
                          REGGIE B. WALTON
                          UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated: July 14, 2008 | Respectfully submitted, |

| | |
|---|---|
| **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.** | **HOGAN & HARTSON, LLP** |
| /s/ Daniel S. Sommers<br>Steven J. Toll, D.C. Bar #225623<br>Daniel S. Sommers, D.C. Bar #416549<br>Elizabeth S. Finberg, D.C. Bar #468555<br>1100 New York Ave., N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005-3964<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>*Liaison Counsel for the Class* | /s/ George H. Mernick, III<br>Joseph M. Hassett, D.C. Bar #123935<br>George H. Mernick, III, D.C. Bar #294256<br>555 Thirteenth Street, N.W.<br>Washington, D.C., 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910 |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>William C. Fredericks<br>Laura Gundersheim<br>1285 Avenue of the Americas, 38th Fl.<br>New York, NY 10019<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1444<br>*Co-Lead Counsel for the Class* | **HOGAN & HARTSON, LLP**<br>N. Thomas Connally, D.C. Bar # 448355<br>Jon M. Talotta, D.C. Bar #473626<br>8300 Greensboro Drive, Suite 1100<br>McLean, Virginia 22102<br>Telephone: (703) 610-6100<br>Facsimile: (703) 610-6200<br><br>*Counsel for Defendants* |
| **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**<br>Michael J. Pucillo<br>Jay W. Eng<br>Esperante Building<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>Telephone: (561) 835-9400<br>Facsimile: (561) 835-0322<br>*Co-Lead Counsel for the Class* | |
| **KLAUSNER & KAUFMAN, PA**<br>Robert D. Klausner<br>10059 N.W. 1st Court<br>Plantation, FL 33324<br>Telephone: (954) 916-1202<br>Fax: (954) 916-1232<br>*Additional Counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust* | |