UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING, INC. SECURITIES LITIGATION. | Case No. 07CV00102 (RBW) |
| This Document Relates To:<br><br>ALL ACTIONS. | |

## MOTION TO DISMISS
## FILED ON BEHALF OF ALL DEFENDANTS

COME NOW, defendants Sunrise Senior Living, Inc., Kenneth J. Abod, Carl G. Adams, J. Barron Anschutz, Larry E. Hulse, Paul J. Klaassen, Teresa M. Klaassen, Thomas B. Newell, and Tiffany L. Tomasso, through undersigned counsel, and pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, as amended, hereby move this Court for an order dismissing plaintiffs Consolidated and Amended Class Action Complaint (the "Complaint"), and state the following:

Count I of the Complaint should be dismissed because plaintiffs fail to plead particularized facts stating a claim against the defendants for violation of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule 10b-5 promulgated thereunder. Because plaintiffs fail to state a claim for any "primary violation" of the Exchange Act, Count II of the Complaint, alleging that the individual defendants violated Section 20(a) of the Exchange Act, must be dismissed as well.

WHEREFORE, and as explained in more detail in the accompanying memorandum of points and authorities, defendants respectfully request that the Court enter an order dismissing plaintiffs' Complaint.

-2-

An oral hearing is requested. Local Rules 7(f) and 78.1.

Respectfully submitted,

| **HOGAN & HARTSON, LLP** | **GIBSON, DUNN & CRUTCHER LLP** |

 /s/ Jon M. Talotta

George H. Mernick, III (DC Bar 294256)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-mail: ghmernick@hhlaw.com

N. Thomas Connally (DC Bar 448355)
Jon M. Talotta (DC Bar 473626)
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
E-mail: ntconnally@hhlaw.com
E-mail: jmtalotta@hhlaw.com

*Attorneys for Sunrise Senior Living, Inc.*

Dated: August 11, 2008

John C. Millian (DC Bar 413721)
Matthew R. Estabrook (DC Bar 477880)
Elise Kochtitzky-Jacques (DC Bar 502460)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
E-mail: jmillian@gibsondunn.com
E-mail: mestabrook@gibsondunn.com
E-mail: ekochtitzkyJacques@gibsondunn.com

*Attorneys for Kenneth J. Abod, Carl G. Adams, J. Barron Anschutz, Larry E. Hulse, Paul J. Klaassen, Teresa M. Klaassen, Thomas B. Newell, and Tiffany L. Tomasso*

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and mailed via U.S. Mail, postage prepaid, a copy of the foregoing to:

Steven J. Toll
Daniel S. Sommers
Elizabeth S. Finberg
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964

*Liaison Counsel for the Class*

William C. Fredericks
Laura Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas, 38th Fl.
New York, NY 10019

*Co-Lead Counsel for the Class*

Michael J. Pucillo
Jay W. Eng
BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO
Esperante Building
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401

*Co-Lead Counsel for the Class*

Robert D. Klausner
KLAUSNER & KAUFMAN, PA
10059 N.W. 1st Court
Plantation, FL 33324

*Additional Counsel for the City of Miami General Employees' & Sanitation Employees' Retirement Trust*

　/s/ Jon M. Talotta
Jon M. Talotta
HOGAN & HARTSON, LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
E-mail: jmtalotta@hhlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING, INC. SECURITIES LITIGATION.<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 07CV00102 (RBW) |

[PROPOSED]
**O R D E R**

This matter comes before the Court on the Motion to Dismiss Filed on Behalf of All Defendants, filed on August 11, 2008, by defendants Sunrise Senior Living, Inc., Kenneth J. Abod, Carl G. Adams, J. Barron Anschutz, Larry E. Hulse, Paul J. Klaassen, Teresa M. Klaassen, Thomas B. Newell, and Tiffany L. Tomasso. Having considered the defendants' motion and accompanying memorandum of points and authorities, plaintiffs' opposition thereto, and the entire record herein, it shall be and hereby is ORDERED that

(1) defendants' motion is GRANTED; and

(2) plaintiffs' Consolidated and Amended Class Action Complaint is DISMISSED.

Entered this ___ day of _____ , 2008

_____
U.S. District Court Judge