UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUNRISE SENIOR LIVING SECURITIES LITIGATION<br><br>This Document Relates to:<br>All Cases | )<br>)  MASTER FILE<br>)  07-CV-00102 (RBW)<br>)<br>)  **JURY TRIAL**<br>)  **DEMANDED**<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

Please withdraw the appearance of the undersigned, Elizabeth S. Finberg, as Local Counsel for Lead Plaintiffs in the above-captioned matter. As of September 12, 2008, Ms. Finberg will no longer be employed with Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein"). Cohen Milstein will continue to be counsel of record in this matter.

Dated: September 8, 2008

Respectfully submitted:

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
/s/ Elizabeth S. Finberg
Elizabeth S. Finberg (DC Bar #468555)
Andrew N. Friedman (DC Bar # 375595)
1100 New York Avenue, N.W.
Suite 500 West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: efinberg@cmht.com
*Local Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF, and service was accomplished on any of the counsel of record not registered through the CM/ECF system via regular U.S. mail.

                                                 /s/ Elizabeth S. Finberg
                                        Elizabeth S. Finberg (D.C. Bar No. 468555)